# IN THE SUPREME COURT OF THE STATE OF NEVADA

RYAN JOE CODDINGTON,
Appellant,
vs.
PATRICIA BAKER,
Respondent.

No. 72974

**FILED**

OCT 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On July 11, 2017, this court entered an order instructing appellant to first seek leave to proceed in forma pauperis in the district court. Further, the order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Leon Aberasturi, District Judge
Ryan Joe Coddington
Patricia Baker
Third District Court Clerk

17-35471